**04 CV 12109 PBS**

UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

RECEIVED
Clerk's Office
USDC, Mass.
Date _____
By _____
Deputy Clerk

| In re | |
|---|---|
| Robert Louis Marrama, | |
| Debtor | |
| Citizens Bank of Massachusetts, Plaintiff | |
| v. | |
| Robert Louis Marrama, Defendant | |

Docket No.: 03-11987-WCH

Chapter 7

Adversary Proceeding
Docket Nos. 03-1443 AND
03-1448

## NOTICE OF APPEAL

NOW COMES Robert Louis Marrama, and appeals from the judgment, order or decree of April 28, 2004, which granted the motion of Citizens Bank for Summary Judgment in both of the above referenced Adversary Proceedings. The parties to this appeal are as follows:

Robert Louis Marrama

David G. Baker
105 Union Wharf
Boston, MA 02109
(617) 367-4260

Citizens Bank of Massachusetts

Michael A. Wirtz
Jack Mikels & Associates
Batterymarch Park, Suite 309
Quincy, MA 02169-7454
Tel: 617.472.5600

Dated: May 7, 2004

Respectfully submitted,
Robert Louis Marrama
By his attorney,

_David G. Baker_
David G. Baker, Esq.
105 Union Wharf
Boston, MA 02109
(617) 367-4260
BBO# 634889