UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE:  ROBERT LOUIS MARRAMA

BANKRUPTCY APPEAL

CIVIL ACTION NO. 04-12109-PBS

ORDER

SARIS, D. J.

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled action on September 30, 2004,

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before October 19, 2004 and the Appellee's brief shall be filed on or before November 3, 2004. The Appellant may file and serve a reply brief on or before November 15, 2004.

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal. Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

By the Court,

October 4, 2004
Date

/s/ [signature]
Deputy Clerk

(BKAppeal Bro.wpd - 12/98)

[bro.]