UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Robert Louis Marrama
        Plaintiff,                     CIVIL ACTION
                                                       NO.   04-12109-PBS

        v.

Citizens Bank of Massachusetts
        Defendant.

**NOTICE OF HEARING**

SARIS, U.S.D.J.                                                                             December 22, 2004

      TAKE NOTICE that the above-entitled case has been set for a Hearing re: Bankruptcy Appeal on **February 16, 2005**, at **3:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                                                                 By the Court,

                                                                                 /s/ Robert C. Alba
                                                                              Deputy Clerk

Copies to:  All Counsel