UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br><br>　　　Robert Louis Marrama,<br><br>　　　　　　　　　　　　Debtor | Docket No.:　03-11987-WCH<br><br>Chapter 7 |
| Citizens Bank of Massachusetts,<br>　　　　　　　　　　　Plaintiff<br>　　　　v.<br><br>Robert Louis Marrama,<br>　　　　　　　　　　　Defendant | BANKRUPTCY APPEAL<br><br>Civil Action No. 04-12109-PBS |

NOTICE OF APPEAL

　　　NOW COMES Robert Louis Marrama, and appeals from the judgment, order or decree of May 9, 2005, which the bankruptcy court decision and order which granted the motion of Citizens Bank for Summary Judgment. The parties to this appeal are as follows:

| | |
|---|---|
| Robert Louis Marrama | David G. Baker<br>105 Union Wharf<br>Boston, MA  02109<br>(617) 367-4260 |
| Citizens Bank of Massachusetts | Michael A. Wirtz<br>Jack Mikels & Associates<br>Batterymarch Park, Suite 309<br>Quincy, MA  02169-7454<br>Tel: 617.472.5600 |

Dated:　　May 18, 2005

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　Robert Louis Marrama
　　　　　　　　　　　　　　　　　　　　　By his attorney,


　　　　　　　　　　　　　　　　　　　　　*David G. Baker*
　　　　　　　　　　　　　　　　　　　　　David G. Baker, Esq.
　　　　　　　　　　　　　　　　　　　　　105 Union Wharf
　　　　　　　　　　　　　　　　　　　　　Boston, MA   02109
　　　　　　　　　　　　　　　　　　　　　(617) 367-4260
　　　　　　　　　　　　　　　　　　　　　BBO# 634889