UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Citizens Bank of Massachusetts,<br>　　　　　　　　　　　　　Plaintiff<br>　　v.<br>Robert Louis Marrama,<br>　　　　　　　　　　　　　Defendant | Adversary Proceeding<br>Docket Nos.　03-1443 AND<br>　　　　　　　03-1148 |
| Robert Louis Marrama,<br>　　　　　　　　　　　　　Appellant,<br>　　v.<br>Citizens Bank of Massachusetts,<br>　　　　　　　　　　　　　Appelee | BANKRUPTCY APPEAL<br>Docket No.:　04-12109-PBS |

STATEMENT OF ISSUES ON APPEAL

　　　Whether the District Court correctly affirmed the Bankruptcy Court order which allowed the motion of Citizens Bank of Massachusetts for summary judgment denying the defendant a discharge under Chapter 7 of the Bankruptcy Code, where the defendant properly invoked his Fifth Amendment privilege against self-incrimination in view of explicit allegations by the plaintiff of criminal activity; where all inferences must be drawn in favor of the defendant as the party opposing summary judgment; where Citizens failed to meet its burden of proof sufficient to deny a discharge to the defendant; and where Citizens made no arguments respecting the litigation removed from State Court (docket no. 03-1448).

DESIGNATION OF RECORD

Pursuant to FRBP 8006, the appellant hereby designates the entire Record before the district court as the record on appeal to the First Circuit.

June 6, 2005

　　　　　　　　　　　　　　　　　　　　　　　　　　　_David G. Baker_
　　　　　　　　　　　　　　　　　　　　　　　　　　　David G. Baker, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　　105 Union Wharf
　　　　　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　　　　　　　　　(617) 367-4260
　　　　　　　　　　　　　　　　　　　　　　　　　　　BBO # 634889

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Citizens Bank of Massachusetts,<br>　　　　　　　　　　　　　　Plaintiff<br>　　　v.<br>Robert Louis Marrama,<br>　　　　　　　　　　　　　　Defendant | Adversary Proceeding<br>Docket Nos.　03-1443 AND<br>　　　　　　　　03-1148 |
| Robert Louis Marrama,<br>　　　　　　　　　　　　　　Appellant,<br>　　　v.<br>Citizens Bank of Massachusetts,<br>　　　　　　　　　　　　　　Appelee | BANKRUPTCY APPEAL<br>Docket No.:　04-12109-PBS |

CERTIFICATE OF SERVICE

The undersigned hereby that the attached Statement of Issues and Designation of Record were served upon the appellee by mailing a true copy of the same to Michael A. Wirtz, Esq; Jack Mikels & Associates; 1 Batterymarch Park, Suite 309; Quincy, MA 02269.

June 6, 2005

　　　　　　　　　　　　　　　　　　　　　　*David G. Baker*
　　　　　　　　　　　　　　　　　　　　David G. Baker, Esq.
　　　　　　　　　　　　　　　　　　　　105 Union Wharf
　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　　(617) 367-4260
　　　　　　　　　　　　　　　　　　　　BBO # 634889