## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-12109

Robert Louis Marrama

v.

Citizens Bank of Massachusetts

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I & II are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 5/18/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 8, 2005.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 6/8/05 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-12109-PBS

Marrama v. Citizens Bank of Massachusetts
Assigned to: Judge Patti B. Saris
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA

Date Filed: 09/30/2004
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

**Plaintiff**

**Robert Louis Marrama**     represented by     **David G. Baker**
105 Union Wharf
Boston, MA 02109
617-367-4260
Fax: 617-507-8411
Email: dbaker@bakerlawoffices.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Citizens Bank of Massachusetts**     represented by     **Michael A. Wirtz**
Jack Mikels & Associates
1 Batterymarch Park
Suite 309
Quincy, MA 02269
617-472-5600
Fax: 617-472-5875
*LEAD ATTORNEY*
*ATTORNEY TO BE*

*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/30/2004 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT. File received, filed by Robert Louis Marrama.(Gawlik, Cathy) (Entered: 10/04/2004) |
| 10/04/2004 | 2 | Bankruptcy Scheduling Order Appellant Brief due by 10/19/2004. Appellee Brief due by 11/3/2004. Appellant Reply Brief due by 11/15/2004. (Gawlik, Cathy) (Entered: 10/04/2004) |
| 10/19/2004 | 3 | MOTION for Extension of Time to November 9, 2004 to File *Appellant's Brief* by Robert Louis Marrama. (Baker, David) (Entered: 10/19/2004) |
| 10/21/2004 | 4 | MOTION for Extension of Time to November 9, 2004 to File *Brief (Corrected motion)* by Robert Louis Marrama.(Baker, David) (Entered: 10/21/2004) |
| 10/22/2004 |  | Judge Patti B. Saris : Electronic ORDER entered granting 4 Motion for Extension of Time to File Brief. "Appellant's Brief due 11/9/04. Appellee's Brief due 11/24/04. Appellant's Reply Brief due 12/6/04." (Patch, Christine) (Entered: 10/27/2004) |
| 10/22/2004 |  | Motions terminated: 3 MOTION for Extension of Time to November 9, 2004 to File *Appellant's Brief* filed by Robert Louis Marrama. (Patch, Christine) (Entered: 10/27/2004) |
| 11/09/2004 | 5 | Appellant's BRIEF by Robert Louis Marrama. (Baker, David) (Entered: 11/09/2004) |
| 11/29/2004 | 6 | Appellee's BRIEF by Citizens Bank of Massachusetts. Appellant Reply Brief due by 12/16/2004. (Patch, Christine) (Entered: 12/06/2004) |
| 12/17/2004 | 7 | Appellant's REPLY BRIEF by Robert Louis Marrama. |

| | | |
|---|---|---|
| | | (Baker, David) (Entered: 12/17/2004) |
| 12/22/2004 | 8 | NOTICE of Hearing re: Bankruptcy Appeal set for 2/16/05 03:00 PM in Courtroom No. 19, 7th Floor. (Patch, Christine) (Entered: 12/29/2004) |
| 02/16/2005 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Argument on Bankruptcy Appeal held on 2/16/2005. Court takes issue under advisement. (Court Reporter Catherine Handel.) (Alba, Robert) (Entered: 02/16/2005) |
| 02/28/2005 | 9 | TRANSCRIPT of Bankruptcy Appeal held on February 16, 2005 before Judge Saris. Court Reporter: Catherine A. Handel. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/261-0555 or the Clerk's Office. (Scalfani, Deborah) Modified on 2/28/2005 (Scalfani, Deborah). (Entered: 02/28/2005) |
| 05/09/2005 | 10 | Judge Patti B. Saris : ORDER entered. MEMORANDUM AND ORDER. "The judgment of the bankruptcy court is affirmed."(Patch, Christine) (Entered: 05/10/2005) |
| 05/09/2005 | | Civil Case Terminated. (Patch, Christine) (Entered: 05/10/2005) |
| 05/18/2005 | 11 | NOTICE OF APPEAL as to 10 Memorandum & ORDER by Robert Louis Marrama. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 6/7/2005. (Baker, David) (Entered: 05/18/2005) |
| 06/06/2005 | 12 | DESIGNATION of Record on Appeal by Robert Louis Marrama re 11 Notice of Appeal, (Baker, |

| | | David) (Entered: 06/06/2005) | |