# United States Court of Appeals
## For the First Circuit

---

No. 05-1858

In re: ROBERT LOUIS MARRAMA,

Debtor.

---

ROBERT LOUIS MARRAMA,

Plaintiff, Appellant,

v.

CITIZENS BANK OF MASSACHUSETTS,

Defendant, Appellee.

---

**JUDGMENT**

Entered: April 20, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The decision of the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_____
Deputy Clerk

Date: 5/12/06

By the Court:
Richard Cushing Donovan, Clerk

**MARGARET CARTER**
By: _____
Margaret Carter, Chief Deputy Clerk

[cc: Mr. Baker., Mr. Wirtz]